## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| In re: **Maria Eugenia Giraldo** | ) | |
| **Carlos Guillermo Guevara** | ) | |
| **Debtor** | ) | **Bankruptcy No. 10-37331** |
| | ) | |
| **Address:** **2113 Pemberton Road** | ) | **Chapter 13** |
| **Henrico, VA 23238** | ) | |
| | ) | |
| **Maria - SSN:** **xxx-xx-5553** | ) | |
| **Carlos -SSN:** **xxx-xx-2260** | | |

## NOTICE OF MOTION FOR RELIEF FROM STAY
## AND
## NOTICE OF MOTION FOR RELIEF FROM CO-DEBTOR STAY

JP Morgan Chase Bank, N.A. has filed papers with the court to Grant Relief from the Automatic Stay.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before May 4, 2011, you or your attorney must:

[x]     File with the court, at the address shown below, a written request for a hearing
[or a written response pursuant to Local Bankrutpcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of the Court
> U.S. Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, VA 23219-3525

You must also mail a copy to:

Matthew D. Huebschman, Esq.
SHENANDOAH LEGAL GROUP P.C.
P.O. Box 75
Roanoke, VA 24002-0075

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Linda D. Jennings, Esq.
THE DEBT LAW GROUP, PLLC
111 Highland Avenue
Colonial Heights, VA 23834

[ ]    Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

[x ]    Attend the hearing on the motion (or objection) scheduled to be held on May 25, 2011 at 9:30 a.m., Courtroom 5000, at the United States Bankruptcy Court, 701 E Broad Street, Richmond, VA

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:    April 20, 2011        */s/ Matthew D. Huebschman*
                                Matthew D. Huebschman, Esq.
                                SHENANDOAH LEGAL GROUP P.C.
                                P.O. Box 75
                                Roanoke, VA 24002-0075
                                Virginia State Bar No. 44181
                                Counsel for JP Morgan Chase Bank

### Certificate of Service

I hereby certify that I have this 20th day of April, 2011, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

                                */s/ Matthew D. Huebschman*

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Linda D. Jennings, Esq.
THE DEBT LAW GROUP, PLLC
111 Highland Avenue
Colonial Heights, VA 23834

Maria E. Giraldo
2113 Pemberton Road
Henrico, VA 23238

Maria E. Guevara
14756 8th Ave
Whitestone, NY 11357-1624

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| In re: | Maria Eugenia Giraldo | ) |
| | Carlos Guillermo Guevara | ) |
| | Debtor | ) |

**Bankruptcy No. 10-37331**
**Chapter 13, 2011**

| | |
|---|---|
| **JP MORGAN CHASE BANK, NA.** | ) |
| | ) |
| **Movant** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MARIA EUGENIA GIRALDO** | ) |
| **MARIA E. GUEVARA** | ) |
| **ROBERT E. HYMAN, Trustee** | ) |
| | ) |
| **Respondents** | ) |

### MOTION FOR RELIEF FROM AUTOMATIC STAY
### and
### MOTION FOR RELIEF FROM CO-DEBTOR STAY

COMES NOW JP Morgan Chase Bank, N.A., aka Chase Manhattan (hereinafter referred to as "Movant"), and moves the Court for relief from the automatic stay pursuant to U.S.C. §362 (d) on following described personal property, to-wit:

2008 Mazda MCX VIN: JM3ER29L480172166

1. Movant is the owner, and holder of a purchase money security interest on the above described property, and holder of an allowed secured claim in this case.

2. This is a motion pursuant to 11 U.S.C. Sec. 362 (d) and Fed. R. Bankr. P. 4001 seeking relief from the automatic stay in bankruptcy.

3. The Debtor, Maria E. Giraldo, has defaulted in the payments due under the terms of the purchase money security agreement or has otherwise defaulted under the terms of the purchase money security agreement forming the basis for the PMSI in this case.

---

Proponent of Motion
Matthew D. Huebschman, Esq., VSB 44181
Of Counsel to Movant
P.O. Box 75, Roanoke, VA 24002-0075

4. There is due and owing to Movant on the above described property the sum of $18,518.53, together with interest at 12.54% from January 26, 2011, costs of $150.00 and attorney's fees of $250.00, along with such expenses of retaking and refurbishing as are necessary to sell the personal property under Article 9 of the Uniform Commercial Code.

5. Debtor's remain in title and appears to have a vested interest in the property.

6. Debtor's are unable or unwilling to provide adequate protection to Movant and the automatic stay is resulting in a decrease in the value of Movant's interest in the subject property. There are arrears to the Chapter 13 Trustee in the amount of $641.98.

### NOTICE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. ( If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then within fourteen (14) days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on the movant, JP Morgan Chase Bank, N.A., aka Chase Manhattan aka Chase Manhattan c/o Shenandoah Legal Group, P.C. Unless a written response is filed and served within this fourteen day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice of hearing.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will received it on or before the expiration of the fifteen day period.**

**You will be notified separately by the Clerk of the hearing date on the motion.**

WHEREFORE, JP Morgan Chase Bank, N.A. moves the Court for relief from the automatic stay pursuant to 11 U.S.C. §362 to permit Movant to seek relief under state law remedies of the sale of the property and application of the proceeds to the indebtedness, and for such other and further relief as may be necessary and just.

### MOTION FOR RELIEF FROM CO-DEBTOR STAY
### PURSUANT TO 11 U.S.C. 1301(c)(1)

COMES NOW JP Morgan Chase Bank, N.A., by counsel, respectfully moves this Court to grant it relief from the co-debtor stay pursuant to the provisions of 11 U.S.C. §1301 as they relate to a purchase money security agreement ("PMSI") on a 2008 Mazda MCX VIN: JM3ER29L480172166, and for its reasons states as follows:

## JURISDICTION

1. Maria E. Giraldo, filed a voluntary petition under Chapter 13, Title 11, United States Code in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division on or about October 21, 2010

2. This is a motion pursuant to 11 U.S.C. §1301(c)(1) seeking relief from the co-debtor stay.

3. The Court has subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. §157 and 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(G).

## CLAIM FOR RELIEF

4. JP Morgan Chase Bank, N.A., Inc. is the holder of a pre-petition claim against Maria E. Giraldo in the amount of $18,518.53 based upon the purchase money security agreement ("PMSI") by Maira E. Guevara.

5. Maria E. Guevara is a co-obligor on the debt to JP Morgan Chase Bank, N.A..

6. The plan filed by the Debtor in this case proposes not to pay such claim.

8. Maria E. Guevara is not a debtor in this case or any other case filed under Title 11, United States Bankruptcy Code.

9. JP Morgan Chase Bank, N.A. is entitled to relief from the co-debtor stay pursuant to 11 U.S.C. §1301(c)(2).

WHEREFORE, JP Morgan Chase Bank, N.A., by counsel, respectfully moves the Court to grant relief from the co-debtor stay provisions of 11 U.S.C. §1301 as they pertain to Maria E. Guevara a non-debtor, and for such other and further relief as it deems just.

Respectfully submitted,
JP Morgan Chase Bank, N.A.


By:*/s/ Matthew D. Huebschman*
Of Counsel

Matthew D. Huebschman, Esq. (VSB# 44181)
    Of Counsel to Plaintiff
SHENANDOAH LEGAL GROUP, P.C.
P.O. Box 75
Roanoke, VA  24002
(540) 344-4490

### Certificate of Service

I hereby certify that I have this 20th day of April, 2011, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

*/s/ Matthew D. Huebschman*

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Linda D. Jennings, Esq.
THE DEBT LAW GROUP, PLLC
111 Highland Avenue
Colonial Heights, VA 23834

Maria E. Giraldo
2113 Pemberton Road
Henrico, VA 23238

Maria E. Guevara
14756 8th Ave
Whitestone, NY 11357-1624

# CHASE

RETAIL INSTALLMENT CONTRACT

If this box is checked, this is a simple interest contract WITH a "Balloon Payment" as the last scheduled payment. If this box is not checked, this is a simple interest contract WITHOUT a "Balloon Payment" as the last scheduled payment.

| Buyer (and Co-Buyer) Name and Address (Include County and Zip Code) | Seller (Creditor) Name and Business Address |
|---|---|
| MARIA E GIRALDO /MARIA E GUEVARA 3527 80TH ST FL 2 JACKSON HTS NY 113725641 CO: QUEENS | KOEPPEL MAZDA 5701 NORTHERN BLVD. WOODSIDE NY 11377 |

WHO IS BOUND: You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. By signing below, you choose to buy the vehicle on credit under the terms on the front and back of this Contract and are individually liable for any amount due. In this Contract, "we," "us," and "our" mean the Seller named above and, after assignment and assumption, the Seller's assignee. *Finance Class Bank, N.A., acting as its own or as agent for an affiliate entity (not any subsequent assignee).

DESCRIPTION OF VEHICLE: We agree to buy and we agree to sell the following vehicle:

| New, Used or Demo | Year | Weight (lbs.) | Make and Model | Body Type | Vehicle Identification No. | Key No. | Use For Which Purchased |
|---|---|---|---|---|---|---|---|
| NEW | 2008 | 3929 | MAZDA CX7 | SUBN | JM3ER29L880172166 | 200706 | XX personal __ business __ agricultural |

If truck - Describe body, gross vehicle weight and major items of equipment sold:

N/A

NOTICE TO BUYERS OF USED OR DEMONSTRATION VEHICLES: The information you see on the window form for this vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. | TOTAL SALE PRICE The total cost of your purchase on credit, including your downpayment of $ 5000.00 |
|---|---|---|---|---|
| 12.79 % | $ 14159.83 | $ 32375.21 | $ 46535.04 | $ 51535.04 |

PAYMENT SCHEDULE: Your payment schedule will be: __72__ monthly payments of $ 645.32 each, due on the same day of each month starting on __10/26/2007__

BALLOON PAYMENT: If this Contract is checked with "Balloon Payment" above, your payment schedule will be N/A monthly payments of $ N/A each, due on the same day of each month starting on N/A, and then your last payment will be $ N/A due on N/A.

PREPAYMENT: You have the right to pay off this Contract early. If you do so, you will not have to pay a penalty.

SECURITY: You are giving us a security interest in the motor vehicle being purchased.

LATE FEE: If a payment is more than 10 days late, you may be charged 5% of the full amount of the installment due.

OTHER TERMS: Please read this Contract, including the reverse side, for additional information on security interests, nonpayment, default, and our right to require repayment in full before the scheduled maturity date.

## ITEMIZATION OF THE AMOUNT FINANCED

| | | |
|---|---|---|
| 1. Cash Price (including any accessories, installation of accessories, and taxes): | | $ 35152.71 |
| 2. Downpayment | | |
| A. Net Trade-in | $ 0.00 | |
| Your Trade-in is a 2007 MAZDA CX7 | | |
| (Year) (Make) (Model) | | |
| B. Cash Downpayment | $ 5000.00 | |
| C. Total Downpayment (A + B) | | $ 5000.00 |
| 3. Unpaid Balance of Cash Price (1 - 2C): | | $ 30152.71 |
| 4. Other Charges Including Amounts Paid to Others on Your Behalf: | | |
| A. Cost of Optional Credit Insurance for the Term (s) Specified in the "Credit Insurance" Paragraph of this Contract Paid to the Insurance Company: (s) Noted Below. | | |
| Disability, Accident and Health  N/A | $ N/A | |
| Life  N/A | $ N/A | |
| B. Official Fees Paid to Government Agencies | $ 10.00 | |
| C. Government License and/or Registration Fees (Itemize) REG +$155.00 | $ 155.00 | |
| D. Government Certificate of Title Fees | $ N/A | |
| E. Other Charges (Describe who will receive payment and purpose) | $ N/A | |
| To KTS/KOEPPEL MAZDA  For SERVICE CONTRACT | $ 2000.00 | |
| To __ For WASTE TIRE FEE/DOC FEE | $ 57.50 | |
| F. Total Other Charges and Amounts Paid to Others on Your Behalf (A + B + C + D + E) | | $ 2222.50 |
| 5. Amount Financed (Unpaid Balance) (3 + 4F): | | $ 32375.21 |

** We may retain, or receive, a portion of these amounts.

PROMISE TO PAY: You promise to pay us the Amount Financed shown above, plus a Finance Charge determined by applying a daily rate of 1/365th of the Annual Percentage Rate shown above to the unpaid balance of the Amount Financed each day.

BALLOON PAYMENT: IF THIS CONTRACT IS CHECKED WITH "BALLOON PAYMENT" ABOVE, THIS CONTRACT IS NOT PAYABLE IN INSTALLMENTS OF EQUAL AMOUNTS. THE LAST SCHEDULED PAYMENT IS SUBSTANTIALLY LARGER THAN EACH OF THE OTHER SCHEDULED PAYMENTS.

LOCATION OF VEHICLE: The vehicle will be kept at the above address or the Buyers, unless another address is listed:

N/A

(Street and Town)

CREDIT INSURANCE: Credit life and credit disability, accident and health insurance are not required to obtain credit and will not be provided unless this Contract unless you sign for them and agree to pay the additional cost. The policies or certificates issued by the insurer will describe the terms and conditions in further detail.

If you want the following insurance, sign below:
☐ Life ☐ Both ☐ Co-Buyer ☐ Both if a premium of $ N/A for a term of N/A
☐ Disability, Accident and Health (Buyer Only) at a premium of $ N/A Term of N/A

The name of the insurer is N/A

PROPERTY INSURANCE: Insurance coverage for loss or damage to the vehicle (collision, fire and theft) is required and you have the option of furnishing the required insurance either through your existing policies or you may purchase required insurance coverage through anyone you wish acceptable to the Seller. If you elect to purchase this coverage through the Seller, it will be furnished by N/A for the initial term of N/A at a premium of $ N/A but such charge is not included in this Contract.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.

BY SIGNING THIS CONTRACT, YOU ACKNOWLEDGE THAT IT CONTAINS AN "AGREEMENT TO ARBITRATE DISPUTES" ON THE REVERSE SIDE, THAT YOU HAVE READ IT AND AGREE TO ITS TERMS.

IMPORTANT: READ THE ADDITIONAL TERMS ON REVERSE SIDE BEFORE SIGNING BELOW.

WARNING: Any insurance provided by the Seller does not cover liability for injury to persons or damage to property of others unless indicated in the policy.

The following notice is required to appear based on a regulation of the New York State Department of Consumer Affairs:

IMPORTANT NOTICE TO BUYER: (a) STATE LAW REQUIRES THAT SELLERS OF SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF THE SALE. (b) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (c) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IF THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION. (d) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. COMPLAINT PHONE: (212) 639-9675.

NOTICE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank spaces. 2. You are entitled to a completely filled in copy of this agreement. 3. Under the law, you have the right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, obtain (a) unpaid penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

You acknowledge that you have received a copy of this Contract with all blanks filled and that you have read it and understand it.

RETAIL INSTALLMENT CONTRACT

Buyer Signs X _Maria P Giraldo_  Date __  Co-Buyer Signs X _M Guevara_  Date __

By signing here, the Seller agrees to the terms of this Contract and assigns this Contract to Seller's assignee under the terms agreed to by Seller and Seller's assignee.

Seller (Creditor) Signs _KOEPPEL MAZDA_  X _____

CHASE COPY

**AGREEMENT TO ARBITRATE DISPUTES**

The following Arbitration Agreement can significantly affect your rights in any dispute with us. Please read it carefully before signing this Contract.

1. IF EITHER OF US CHOOSES, ANY CLAIM OR DISPUTE BETWEEN US (AS DEFINED BELOW) WILL BE DECIDED BY ARBITRATION AND NOT IN COURT OR BY A JURY TRIAL.

2. IF EITHER OF US CHOOSES TO ARBITRATE, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS OR OTHER REPRESENTATIVE ON BEHALF OF OTHER PERSONS OR AS A CLASS MEMBER OR AS OTHER REPRESENTED PERSON ON ANY CLASS CLAIM OR OTHER REPRESENTATIVE TYPE OF CLAIM YOU MAY HAVE AGAINST US, INCLUDING ANY RIGHT TO CLASS OR OTHER REPRESENTATIVE ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**New York State DMV – Internet Office Transactions**

# Check the Status of a Title Certificate or a Lien

## Step 2: Verify Your Vehicle Information

VIN number:       **JM3ER29L480172166**
Model year:       **2008**
Vehicle Make:     **MAZDA**

Title Issue Date:  **11/14/2007**
Number of Liens: **01**

Liens:

**JPMORGAN CHASE BANK NA**

### Instructions for Step 2:

Make sure that the VIN number, year and make are for your vehicle. They should match the information printed on your vehicle's registration documents.

If you recently ordered a duplicate title, please allow 1 to 2 weeks from the Title Issue Date to receive your title in the mail.

### If this is NOT the correct vehicle...

- Use your browser's "Back" button to return to Step 1 and verify your entries. Make any necessary corrections and try again.

- If you have entered all of your information correctly, and this page still shows the wrong vehicle, then you will need to contact the Title Services Bureau.

Privacy and Security       Transactions Menu       DMV Home